IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE No. 5:17-cv-00282-FL

RICHARD SYLVESTER ALLEGOOD,

                        Plaintiff,

v.

ROGER D. GRAHAM, JR.,

                        Defendant.

## ORDER CONTINUING PROCEEDINGS

This matter is before the court on the parties' June 10, 2019 Joint Motion to Stay Proceedings in Lieu of Joint Status Report. This Court, upon good cause shown and with the consent of the parties HEREBY ORDERS the following:

1. These proceedings are hereby stayed until February 15, 2020, at which time the parties shall submit a joint status report addressing the matters set forth in the conclusion of the Court's May 20, 2019 Order.

2. Either party may upon proper Motion seek a cessation of the stay for good cause shown, including but not limited to the earlier resolution of the domestic proceedings.

3. Either party may upon proper Motion seek a further stay beyond February 15, 2020 for good cause shown.

This the 11th day of June, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge